UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSA TORRES,<br><br>    Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | **JUDGMENT**<br><br>5:23-CV-285-BO-RN |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's motion for remand is GRANTED. [DE 19]. This matter is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**This case is closed.**

**This judgment filed and entered on July 30, 2024, and served on:**
Joel Johnson (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Derrick Arrowood (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Joanne Kernnicky (via CM/ECF NEF)
Mark Dorval (via CM/ECF NEF)

July 30, 2024

            PETER A. MOORE, JR., CLERK

            /s/ Lindsay Stouch
            By: Deputy Clerk